AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DIANNA L. ARMS,**

        **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-10-977**
**COMMISSIONER OF SOCIAL**    **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**    **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Opinion and Order filed March 28, 2012, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further action. This case is DISMISSED.

Date: March 28, 2012        JAMES BONINI, CLERK

        /S/ Andy F. Quisumbing
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk