AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DIANNA L. ARMS,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**COMMISSIONER OF SOCIAL SECURITY,**

CASE NO. C2-10-977
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

        **Defendant.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed March 28, 2012, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further action. This case is DISMISSED.**

Date: March 28, 2012                     JAMES BONINI, CLERK

                                              /S/ Andy F. Quisumbing
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk